Shawn E. Cowles (Cal. Bar No.: 163826)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: scowles@buchalter.com
E-mail: btran@buchalter.com

Attorneys for Defendant and Counter-Claimant
Visioneering Envision.Design.Build, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DISCOVERY PIER LAND HOLDINGS, LLC, formerly known as BBN, LLC, a Missouri limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>VISIONEERING ENVISION.DESIGN.BUILD, INC., a Delaware corporation<br><br>Defendants.<br><br>VISIONEERING ENVISION.DESIGN.BUILD, INC., a Delaware corporation,<br><br>Counter-Claimant,<br><br>vs.<br><br>DISCOVERY PIER LAND HOLDINGS, LLC, formerly known as BBN, LLC, a Missouri limited liability company, and ROES 1-10, inclusive,<br><br>Counter-Defendants. | CASE NO.:  CV15-02590-DDP(AJWx)<br><br>**ORDER ON STIPULATION AND PROTECTIVE ORDER REGARDING DISCOVERY** |

1  The Court, having considered the stipulation of the parties, and good cause
2  appearing, IT IS ORDERED THAT:
3  The court enters this protective order ("Protective Order") setting forth
4  procedures for, access to, and the use and disposition of, certain documents and
5  information in this action.

7  **IT IS SO ORDERED**.

9  DATED: April 6, 2016   _____
10  _____

   Hon. Dean D. Pregerson
   United States District Court, Central
   District of California